No. 1,766.—WARREN, RESPONDENT, *v.* HELENA POWER & LIGHT CO., APPELLANT.

*Appeal from District Court, Lewis and Clarke County; J. M. Clements, Judge.*

On motion to dismiss appeal.

Decided January 12, 1904.

PER CURIAM.—Upon motion of the appellant herein this appeal is hereby dismissed.

*Messrs. H. G. & S. H. McIntire,* for Appellant.

No. 2,018.—FINLEN, APPELLANT, *v.* HEINZE ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

Application for an injunction.

Decided January 15, 1904.

PER CURIAM.—The application for an injunction herein is hereby denied.

MR. JUSTICE MILBURN, not having heard the argument herein, takes no part in making this order.

MR. CHIEF JUSTICE BRANTLY: My view is this: I did not think it worth while to consider the sufficiency of the evidence presented at the hearing for this reason: that before this court can be moved to issue an injunction to preserve the subject-